UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JAMES LA VELL HARRIS,<br><br>   Plaintiff,<br><br>   v.<br><br>LAKE COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>   Defendants. | Case No.  15-cv-00850-NJV<br><br>**ORDER TAKING MOTION TO DISMISS UNDER SUBMISSION AND VACATING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 12 |

Defendants have filed a motion to dismiss which is set for hearing before the court on July 21, 2015.  (Doc. 12.)  The matter is fully briefed.  Pursuant to Civil Local Rule 7-1(b), the court finds that this matter is appropriate for decision without oral argument and therefore takes the matter under submission.  The matter will be decided on the papers.

The case management conference set for July 21, 2015, is HEREBY VACATED and will be rescheduled as needed after resolution of the motion to dismiss.

**IT IS SO ORDERED**.

Dated:   July 14, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge