UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JAMES LA VELL HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>LAKE COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 15-cv-00850-NJV<br><br>**ORDER TAKING MOTION TO DISMISS UNDER SUBMISSION**<br><br>Re: Dkt. No. 34 |

Defendants have filed a motion to dismiss which is set for hearing before the court on December 2, 2015. (Doc. 34.) The matter is fully briefed. Pursuant to Civil Local Rule 7-1(b), the court finds that this matter is appropriate for decision without oral argument and therefore takes the matter under submission. The matter will be decided on the papers.

**IT IS SO ORDERED**.

Dated: November 2, 2015

NANDOR J. VADAS
United States Magistrate Judge